```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SALLY SMITH,
                        Plaintiff,
                                                    ORDER ADOPTING R&R
-against-                                           18-CV-6836 (DRH)(ARL)

WALL STREET GOLD BUYERS CORP., et al.,
                        Defendants.
----------------------------------------------------------X
```

Presently before the Court is the Report and Recommendation of Magistrate Judge Arlene Lindsay, dated September 20, 2021, recommending that the parties' cross motions for summary judgment be denied. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the September 20, 2021, Report and Recommendation of Judge Lindsay as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that the parties' cross motions for summary judgment are denied.

Dated: Central Islip, New York          s/ Denis R. Hurley
     October 8, 2021                        Denis R. Hurley
                                                               United States District Judge